This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Steve Kizer v. Hook-Superx LLC, Valley Enterprises Inc.

| | |
|---|---|
| Case Number | 29D02-1904-CT-003853 |
| Court | Hamilton Superior Court 2 |
| Type | CT - Civil Tort |
| Filed | 04/23/2019 |
| Status | 04/23/2019 , Pending  (active) |

## Parties to the Case

Defendant   Hook-Superx LLC

<u>Attorney</u>
Nicholas Gene Brunette
*#2704249, Retained*

Reminger Co., L.P.A.
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
317-853-7371(W)

Defendant   Valley Enterprises Inc.

<u>Attorney</u>
Pro Se

Plaintiff     Kizer, Steve

<u>Attorney</u>
Trevor J Crossen
*#1859249, Retained*

4661 Lisborn DR
Carmel, IN 46033
317-939-6800(W)

## Chronological Case Summary

| | |
|---|---|
| 04/23/2019 | **Case Opened as a New Filing** |

| 04/23/2019 | **Complaint/Equivalent Pleading Filed** |
|---|---|
| | Complaint for Damages |
| | Filed By:        Kizer, Steve |
| | File Stamp:     04/23/2019 |

| 04/23/2019 | **Appearance Filed** |
|---|---|
| | Appearance of Trevor Crossen |
| | For Party:       Kizer, Steve |
| | File Stamp:     04/23/2019 |

| 04/23/2019 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons-Hook-Superx, LLC | |
| | Filed By: | Kizer, Steve |
| | File Stamp: | 04/23/2019 |

| 04/23/2019 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons-Valley Enterprises, Inc. | |
| | Filed By: | Kizer, Steve |
| | File Stamp: | 04/23/2019 |

| 04/23/2019 | **Certificate of Issuance of Summons** | |
|---|---|---|
| | Certificate of Issuance of Summons filed. js | |
| | Filed By: | Kizer, Steve |
| | File Stamp: | 04/23/2019 |

| 04/29/2019 | **Certified Mail Returned** | |
|---|---|---|
| | Return of Service filed. js | |
| | Party Served: | Kizer, Steve |
| | Date Signed: | 04/29/2019 |

| 05/02/2019 | **Certificate of Issuance of Summons** | |
|---|---|---|
| | Return of Service - Valley Enterprises filed. js | |
| | Filed By: | Kizer, Steve |
| | File Stamp: | 05/02/2019 |

| 05/13/2019 | **Appearance Filed** | |
|---|---|---|
| | Appearance for Defendant Hook-SupeRx, LLC filed. js | |
| | For Party: | Hook-Superx LLC |
| | File Stamp: | 05/13/2019 |

| 05/13/2019 | **Motion for Enlargement of Time Filed** | |
|---|---|---|
| | Motion for Automatic Enlargement of Time to File Responsive Pleading filed. Order submitted. js | |
| | Filed By: | Hook-Superx LLC |
| | File Stamp: | 05/13/2019 |

| 05/14/2019 | **Order Granting Motion for Enlargement of Time** | |
|---|---|---|
| | Noticed: | Hook-Superx LLC |
| | Noticed: | Valley Enterprises Inc. |
| | Noticed: | Crossen, Trevor J |
| | Noticed: | Brunette, Nicholas Gene |
| | Order Signed: | 05/13/2019 |

| 05/15/2019 | **Automated ENotice Issued to Parties** | |
|---|---|---|
| | Order Granting Motion for Enlargement of Time ---- 5/14/2019 : Nicholas Gene Brunette;Trevor J Crossen | |

## Financial Information

**\*** Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Kizer, Steve**

Plaintiff

**Balance Due** (as of 05/15/2019)

**0.00**

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 04/23/2019 | Transaction Assessment | 157.00 |
| 04/23/2019 | Electronic Payment | (157.00) |

| |
|---|
| This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |

**29D02-1904-CT-003853**

Hamilton Superior Court 2

Filed: 4/23/2019 11:39 AM
Clerk
Hamilton County, Indiana

## IN THE HAMILTON COUNTY SUPERIOR COURT
## CIVIL DIVISION, ROOM NO. ____
## STATE OF INDIANA

STEVE KIZER,                          )
                                      )
    Plaintiff,                    )
                                      )
vs.                                   )    Cause No.:
                                      )
HOOK-SUPERX, LLC d/ba                 )
CVS PHARMACY and                      )
VALLEY ENTERPRISES, INC.,             )
                                      )
    Defendants.                   )
                                      )

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Steve Kizer, by and through his attorney, Trevor J.

Crossen, and for his *Complaint for Damages* against the Defendants, Hook-Superx, LLC

d/b/a CVS Pharmacy (hereinafter "CVS Pharmacy") and Valley Enterprises, Inc.

(hereinafter "Defendants"), alleges and asserts as follows:

    1.    At the time of the incident, Plaintiff, Steve Kizer, was a resident of the

City of Indianapolis, County of Marion, State of Indiana.

    2.    Defendant, CVS Pharmacy, is a foreign limited liability company, which

is duly licensed and registered to conduct business in the State of Indiana.

    3.    Defendant, Valley Enterprises, Inc., is a foreign for-profit corporation,

which is duly licensed and registered to conduct business in the State of Indiana.

    4.    At all times relevant hereto, Plaintiff, Steve Kizer, was a public invitee of

Defendant CVS Pharmacy's location at 13098 Publishers Drive, Fishers, IN 46038 for

the purpose of shopping.

5.    On or about February 11, 2018, Plaintiff was walking from his car toward the entrance of CVS when he slipped and fell on ice that had accumulated between the parking block and sidewalk.  Plaintiff would sustain severe injuries as a result of said slip and fall.

6.    As the owner of the property, CVS Pharmacy, owed Plaintiff, as an invitee, a duty to exercise reasonable care in maintaining the premises in a safe condition, including its sidewalks and parking lot.

7.    As the entity responsible for property management, including maintenance and upkeep of the sidewalk and parking lot for snow and ice removal, Defendant, Valley Enterprises, Inc., owed Plaintiff, as an invitee, a duty to exercise reasonable care in maintaining the premises in a safe condition.

8.    At said time and place, Defendants, knew or by the exercise of reasonable care should have known, of the dangerous and hazardous condition which existed on the premises, namely the ice and snow accumulation of the sidewalks and parking lot, and that such condition posed an unreasonable risk of harm to invitees accessing the subject premises, including Plaintiff, Steve Kizer, and Defendants failed to take necessary and appropriate action to remedy the hazardous condition.

9.    At said time and place, Defendants did not attempt to warn Plaintiff of the hazardous condition, and failed to exercise reasonable care to adequately protect public invitees against the dangerous condition then and there existing.

10.   Defendants were negligent in, among other things, failing to warn Plaintiff of the dangerous condition; failing to remedy the dangerous condition; failing to properly instruct their employees on the hazardous condition; failing to implement property safety

and maintenance procedures; failing to properly inspect the premises; failing to barricade or block hazardous condition; and otherwise failing to maintain the premises in a reasonable safe condition.

11.   As a direct and proximate result of the negligence of the Defendants, Plaintiff sustained severe and permanent injuries, which required medical treatment.

12.   In order to treat his injuries and to lessen his pain and suffering, Plaintiff, Steve Kizer, has been required to engage in services of hospitals, physicians, radiologists and therapists for medical care, diagnostic imaging and medication and has incurred substantial medical bills for such treatment.

13.   As a direct and proximate result of the negligence of the Defendants, Plaintiff may be required to seek medical treatment in the near future, and will incur the expenses attendant therewith.

14.   As a direct and proximate result of the negligence of the Defendants, and each of them, Plaintiff experienced mental anguish, emotional distress, pain and suffering, all of which may continue for an indefinite period.

15.   As a direct and proximate result of the injuries in the subject fall and their effects, Plaintiff's quality of life has been diminished.

16.   As a direct and proximate result of the negligence of the Defendants, as aforesaid, Plaintiff has been damaged.

WHEREFORE, Plaintiff, Steve Kizer, by counsel, prays for judgment against the Defendants, and each of them, in an amount commensurate with his injuries and damages, for cost of this action, for trial by jury and for all other relief just and proper in the premises.

Respectfully submitted,

CROSSEN KOOI, LLP

Trevor J. Crossen, Attorney No. 18592-49
Attorney for Plaintiff

**CROSSEN KOOI, LLP**
4661 Lisborn Drive
Carmel, IN 46033
Telephone:    (317) 569-1335
Facsimile:    (317) 219-0072

Case 1:19-cv-01960-SEB-MPB Document 1-1 Filed 05/16/19 Page 8 of 23 PageID #: 13
29D02-1904-CT-003853
Filed: 4/23/2019 11:39 AM
Clerk
Hamilton Superior Court 2
Hamilton County, Indiana

IN THE HAMILTON COUNTY SUPERIOR COURT
CIVIL DIVISION, ROOM NO. _____
STATE OF INDIANA

STEVE KIZER,                      )
                                  )
      Plaintiff,                )
                                  )
vs.                               )        Cause No.:
                                  )
HOOK-SUPERX, LLC d/ba             )
CVS PHARMACY and                  )
VALLEY ENTERPRISES, INC.,         )
                                  )
      Defendants.               )
                                  )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Type of Case:  Civil Tort [CT]

Party Classification:   Initiating _X___   Responding _____   Intervening _____

1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member:

        Steve Kizer, Plaintiff

2.    Applicable attorney information for service required by Trial Rule 5[B][2] amd for case information as required by Trial Rules 3.1 and 77[B] is as follows:

| | |
|---|---|
| Name: | Trevor J. Crossen, Esq. |
| Attorney Number: | 18592-49 |
| Firm Name: | CROSSEN KOOI, LLP |
| Address: | 4661 Lisborn Drive |
| | Carmel, IN 46033 |
| Telephone: | (317) 569-1335 |
| Facsimile: | (317) 219-0072 |
| Email: | TCrossen@indyfirm.com |

3.    There are other party members:    Yes:_____    No:__X___

4.    *If first initiating party filing this case*, the Clerk is requested to assign this Case Type under Administrative Rule 8[b][3]: _____

5.    I will accept service by FAX at the above-noted number:    Yes:_____    No:__X___

1

6.    This case involves support issues:    Yes:_____    No:__X___

7.    There are related cases:    Yes:_____    No:__X__

8.    This form has been served on all other parties.  Certificate of Service follows.

9.    Additional information required by Local Rule: _____

Respectfully submitted,

CROSSEN KOOI, LLP

_____
Trevor J. Crossen, Attorney No. 18592-49
Attorney for Plaintiff

2

**29D02-1904-CT-003853**

Hamilton Superior Court 2

Filed: 4/23/2019 11:39 AM
Clerk
Hamilton County, Indiana

IN THE HAMILTON COUNTY SUPERIOR COURT
CIVIL DIVISION, ROOM NO. ____
STATE OF INDIANA

| | | |
|---|---|---|
| STEVE KIZER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No.: |
| | ) | |
| HOOK-SUPERX, LLC d/ba | ) | |
| CVS PHARMACY and | ) | |
| VALLEY ENTERPRISES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**SUMMONS**

**TO:**   Hook-Superx, LLC
c/o CT Corporation System
150 West Market Street, Suite 800
Indianapolis, IN 46204

You are hereby notified that you have been sued by the persons named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint, which is attached to this Summons. It also states the relief sought or the demand made against you by plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three [23] days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiffs arising from the same transaction or occurrence, you must assert it in your written answer.

Dated: 4/23/2019 _____       Kathy Kreag Williams
                                       Clerk, Hamilton County Superior Court

**(The following manner of service of summons is hereby designated.)**

__X__   Registered or certified mail.
_____   Service at place of employment, to-wit:
_____   Service on individual – (Personal or copy) at above address.
_____   Service on agent. (Specify) As designated above.
_____   Other service. (Specify)

**CROSSEN KOOI, LLP**          Telephone:    317-569-1335
**4661 Lisborn Drive**          Facsimile:    317-219-0072
**Carmel, IN 46033**          E-Mail:       TCrossen@indyfirm.com

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I served this summons on the _____ day of _____, 20___.

(1) By delivering a copy of the summons and a copy of the complaint to the defendant, _____.

(2) By leaving a copy of the summons and a copy of the complaint at _____
_____ which is the dwelling place or usual place of abode
of_____ and by mailing a copy of said summons to
said defendant at the above address.

(3) Other Service or Remarks: _____
_____
_____

Sheriff's Costs                          Sheriff _____

                            By: _____
                                      Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20___, I mailed a copy of this summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt at the address furnished by the plaintiffs.

                            _____
                            Clerk, Hamilton County Superior Court
Dated: _____, 20___.        By: _____
                                      Deputy

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing the Summons and a copy of the complaint mailed to defendant, _____, was accepted by the defendant on the _____ day of_____, 20___.

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint was returned not accepted on the _____ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 20___.

                            _____
                            Clerk, Hamilton County Superior Court
Dated: _____, 20___.        By: _____
                                      Deputy

29D02-1904-CT-003853

Filed: 4/23/2019 11:39 AM
Clerk
Hamilton County, Indiana

Hamilton Superior Court 2

IN THE HAMILTON COUNTY SUPERIOR COURT
CIVIL DIVISION, ROOM NO. ____
STATE OF INDIANA

STEVE KIZER,                          )
                                      )
          Plaintiff,                  )
                                      )
vs.                                   )        Cause No.:
                                      )
HOOK-SUPERX, LLC d/ba                 )
CVS PHARMACY and                      )
VALLEY ENTERPRISES, INC.,             )
                                      )
          Defendants.                 )
                                      )

## SUMMONS

TO:   **Valley Enterprises, Inc.**
      **c/o CT Corporation System**
      **150 West Market Street, Suite 800**
      **Indianapolis, IN 46204**

You are hereby notified that you have been sued by the persons named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint, which is attached to this Summons. It also states the relief sought or the demand made against you by plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three [23] days if the Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiffs arising from the same transaction or occurrence, you must assert it in your written answer.

Dated:   4/23/2019                    _____   (Seal)
                                      Clerk, Hamilton County Superior Court

**(The following manner of service of summons is hereby designated.)**

   __X__   Registered or certified mail.
   _____   Service at place of employment, to-wit:
   _____   Service on individual – (Personal or copy) at above address.
   _____   Service on agent. (Specify) As designated above.
   _____   Other service. (Specify)

**CROSSEN KOOI, LLP**              **Telephone:**    317-569-1335
**4661 Lisborn Drive**            **Facsimile:**    317-219-0072
**Carmel, IN 46033**              **E-Mail:**       TCrossen@indyfirm.com

**SHERIFF'S RETURN ON SERVICE OF SUMMONS**

I hereby certify that I served this summons on the _____ day of _____, 20___.
(1) By   delivering   a   copy   of   the   summons   and   a   copy   of   the   complaint   to   the   defendant, _____.
(2) By leaving a copy of the summons and a copy of the complaint at _____
_____ which is the dwelling place or usual place of abode
of _____ and by mailing a copy of said summons to
said defendant at the above address.
(3) Other Service or Remarks: _____
_____
_____

Sheriff's Costs                           Sheriff _____

                            By: _____
                                        Deputy

**CLERK'S CERTIFICATE OF MAILING**

I hereby certify that on the _____ day of _____, 20___, I mailed a copy of this summons and a copy of the complaint
to the defendant, _____, by _____ mail, requesting a return receipt at the
address furnished by the plaintiffs.

                            _____
                            Clerk, Hamilton County Superior Court
Dated: _____, 20____.       By: _____
                                        Deputy

**RETURN OF SERVICE OF SUMMONS BY MAIL**

I hereby certify that the attached return receipt was received by me showing the Summons and a copy of the complaint
mailed to defendant, _____, was accepted by the defendant on the _____ day
of _____, 20____.

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint was
returned not accepted on the _____ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint
mailed to defendant _____ was accepted by _____ on behalf of said
defendant on the _____ day of _____, 20___.

                            _____
                            Clerk, Hamilton County Superior Court
Dated: _____, 20____.       By: _____
                                        Deputy

Filed: 4/23/2019 2:02 PM
Clerk
Hamilton County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | HAMILTON COUNTY SUPERIOR COURT 2 |
| | )SS: | |
| COUNTY OF HAMILTON | ) | CAUSE NO. 29D02-1904-CT-003853 |

| | |
|---|---|
| STEVE KIZER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| HOOK-SUPERX, LLC d/b/a | ) |
| CVS PHARMACY and | ) |
| VALLEY ENTERPRISES, INC., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF ISSUANCE OF SUMMONS

Comes now the Plaintiff, Steve Kizer, by counsel, and, pursuant to Indiana Trial Rule 86(G)(2)(c), and certifies that a Summons and Amended Complaint for Damages has been issued upon Defendants as follows:

1.  Plaintiff, by certified mail, return receipt requested, tracking number 7018 0680 0000 3975 3241, was mailed on April 23, 2019 to Hook-Superx, LLC c/o CT Corporation System, 150 West Market Street, Suite 800, Indianapolis, IN 46204.

2.  Plaintiff, by certified mail, return receipt requested, tracking number 7018 0680 0000 3975 3258, was mailed on April 23, 2019 to Valley Enterprises, Inc. c/o CT Corporation System, 150 West Market Street, Suite 800, Indianapolis, IN 46204.

Respectfully submitted,

**CROSSEN KOOI, LLP**


/s/Trevor J. Crossen
Trevor J. Crossen, #18592-49
Attorney for Plaintiff

Filed: 4/29/2019 9:42 AM
Clerk
Hamilton County, Indiana

**SENDER:** *COMPLETE THIS SECTION*

■ Print your _____ ___ ___ reverse
so that we can ret___ ___ to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Hook - Super Y, LLC
c/o CT corporation
150 W. market St. Ste 800
Indpls., IN 46204

9590 9402 3384 7227 6472 38

2. Article Number *(Transfer from service label)*

7018 0680 0000 3975 3241

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____   ☐ Agent
                ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
                                   4/24

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☑ Return Receipt for
   Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

Filed: 5/20/2019 11:15 AM
Clerk
Hamilton County, Indiana

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

Valley Enterprises
c/o CT Corporation
150 W. market St,
Ste. 800
Indpls. IN 46204

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 3384 7227 6472 45

2. Article Number *(Transfer from service label)*

7018 0680 0000 3975 3258

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  _l. _____  ☐ Agent
                    ☐ Addresse

B. Received by *(Printed Name)*     C. Date of Delive
                                    4/26

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

APR 2 0

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restric
   Delivery
■ Return Receipt for
   Merchandise
☐ Signature Confirmation
☐ Signature Confirmation
   Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receip

STATE OF INDIANA      )      IN THE HAMILTON COUNTY SUPERIOR COURT
                            ) SS:
COUNTY OF HAMILTON   )      CAUSE NO. 29D02-1904-CT-003853

STEVE KIZER,                 )
                              )
      Plaintiff,          )
                              )
v.                             )
                              )
HOOK-SUPERX, LLC d/b/a     )
CVS PHARMACY and        )
VALLEY ENTERPRISES. INC.,   )
                              )
      Defendants.      )

## **APPEARANCE**

1.      The party on whose behalf this form is being filed is:

       Initiating _____     Responding   <u>X</u>   Intervening _____ ; and

       the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

       Name of party    **Hook-SupeRx, LLC d/b/a CVS Pharmacy**

2.      Attorney information for service as required by Trial Rule 5(B)(2):

       Name:   <u>Nicholas G. Brunette</u>   Atty. Number:   <u>27042-49</u>

       Address: <u>Reminger Co., LPA, College Park Plaza, 8909 Purdue Road</u>

               <u>Suite 200, Indianapolis, Indiana 46268</u>

       Phone:   <u>317-853-7371</u>      Fax:  <u>317-228-0943</u>

       E-mail Address:    <u>nbrunette@reminger.com</u>

3.      This is a     <u>CT</u>    case type as defined in administrative Rule 8(B)(3).

4.      I will accept service by:
           Fax at the above noted number:     Yes_____     No___<u>X</u>___
           Email at the above noted address:     Yes__<u>X</u>___     No_____

5.      This case involves child support issues.     Yes_____     No___<u>X</u>___ (*If Yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.*)

6.      This case involves a protection from abuse order, a workplace violence restraining order, or a no contact order.      Yes_____      No ___X____ (*If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.*)   The party shall use the following address for purposes of legal service: _____N/A_____

7.      This case involves a petition for involuntary commitment. Yes _____          No___X____

8.      If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment. _____N/A_____

9.      There are related cases:  Yes _____      No____X___ (*If Yes, list on continuation page.*)

10.     Additional information required by local rule: _____None_____

11.     There are other party members:       Yes___  No __X___ (*If Yes, list on continuance page.*)

12.     This form has been served on all other parties and Certificate of Service is attached: Yes _____X_____      No _____

Respectfully submitted,


 /s/ *Nicholas G. Brunette*_____ _
Nicholas G. Brunette (27042-49)
Reminger Co., LPA
College Park Plaza
8919 Purdue Road, Suite 200
Indianpolis, IN  46268
T: 317-663-8570/ F: 317-663-8580
nbrunette@reminger.com
*Counsel for Defendant Hook-SuperRx d/b/a CVS Pharmacy*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 13th day of May, 2019, I electronically filed the foregoing document using the E-filing system (IEFS), which sent a notice of electronic filing to the following:

Trevor J. Crossen
CROSSEN KOOI, LLP
4661 Lisbom Drive
Carmel, IN 46033
*Counsel for Plaintiff*

　　　　　　　　　　　　　*/s/ Nicholas G. Brunette*
　　　　　　　　　　　　　Nicholas G. Brunette (27042-49)
　　　　　　　　　　　　　R. Gregory Sylvester (30156-29)
　　　　　　　　　　　　　Reminger Co., LPA

Filed: 5/13/2019 10:40 AM
Clerk
Hamilton County, Indiana

STATE OF INDIANA      )      IN THE HAMILTON COUNTY SUPERIOR COURT
                     ) SS:
COUNTY OF HAMILTON   )      CAUSE NO. 29D02-1904-CT-003853

STEVE KIZER,                 )
                        )
      Plaintiff,           )
                        )
v.                           )
                        )
HOOK-SUPERX, LLC d/b/a      )
CVS PHARMACY and         )
VALLEY ENTERPRISES. INC.,    )
                        )
      Defendants.        )

## MOTION FOR AUTOMATIC ENLARGEMENT OF TIME
## TO FILE RESPONSIVE PLEADING

Defendant, Hook-SupeRx, LLC d/b/a CVS Pharmacy, by counsel, pursuant to Rule 6(B)

of the Indiana Rules of Trial Procedure, moves the Court for an initial enlargement of time of thirty

(30) days in which to answer or otherwise respond to Plaintiff's Complaint, up to and including

June 17, 2019, and in support therefor would show the Court as follows:

1. That the defendant was served on April 26, 2019.

2. That a responsive pleading is due on or about May 16, 2019 and said time has not yet

expired.

3. That no prior enlargement of time has been requested.

4. That said additional time is necessary to enable counsel to confer with their client to

review the facts and prepare an appropriate response.

WHEREFORE, Defendant, Hook-SupeRx, LLC d/b/a CVS Pharmacy, by counsel, prays

for an additional thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint

for Damages, through and including June 17, 2019, and for all other just and proper relief in the premises.

Respectfully submitted,

 /s/ *Nicholas G. Brunette*_____
Nicholas G. Brunette (27042-49)
Reminger Co., LPA
College Park Plaza
8919 Purdue Road, Suite 200
Indianpolis, IN  46268
T: 317-663-8570/ F: 317-663-8580
nbrunette@reminger.com
*Counsel for Hook-SupeRx, LLC d/b/a CVS Pharmacy*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 13th day of May, 2019, I electronically filed the foregoing document using the E-filing system (IEFS), which sent a notice of electronic filing to the following:

Trevor J. Crossen
CROSSEN KOOI, LLP
4661 Lisbom Drive
Carmel, IN 46033
*Counsel for Plaintiff*

                          */s/ Nicholas G. Brunette*
                          Nicholas G. Brunette (27042-49)
                          Reminger Co., LPA

STATE OF INDIANA          )        IN THE HAMILTON COUNTY SUPERIOR COURT
                          ) SS:
COUNTY OF HAMILTON    )        CAUSE NO. 29D02-1904-CT-003853

STEVE KIZER,                          )
                                      )                    **FILED**
    Plaintiff,    )                    May 14, 2019
                                      )                    CLERK OF THE HAMILTON
v.                                    )                    CIRCUIT COURT
                                      )
HOOK-SUPERX, LLC d/b/a                )
CVS PHARMACY and                      )
VALLEY ENTERPRISES. INC.,             )
                                      )
    Defendants.   )

## ORDER GRANTING AUTOMATIC ENLARGEMENT OF TIME
## TO FILE RESPONSIVE PLEADING

The Court, having considered the Defendant, Hook-SuperRx, LLC d/b/a CVS Pharmacy's

Motion of Automatic Enlargement of Time to answer or otherwise respond to Plaintiff's

Complaint, and being duly advised in the premises, hereby approves said Motion.

**IT IS THEREFORE ORDERED** that Defendant, Defendant, Hook-SuperRx, LLC d/b/a

CVS Pharmacy, shall have up to and including **June 17, 2019**, in which to Answer or otherwise

plead in response to Plaintiff's Complaint.

SO ORDERED: **May 13, 2019**

BY: _____

JUDGE, HAMILTON COUNTY SUPERIOR COURT


**Distribution:**

Counsel of record via the Court's Electronic Filing System

5/14/19 js